# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date: 9/20/2021              Case Number  3:20-cr-00106

Case Style              USA vs. Jacob Benjamin Loper

Type of hearing         Sentencing

Before the Honorable: 2514-Chambers

Court Reporter          Kathy Swinhart                    Courtroom Deputy  Terry Justice

Attorney(s) for the Plaintiff or Government

Ryan Keefe

Attorney(s) for the Defendant(s)

Courtenay Craig

Law Clerk              Megan Edwards

Probation Officer      Erin Stone

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 2:29 PM | 2:43 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:14

## Courtroom Notes

Hearing scheduled to commence: 2:30 p.m.
Hearing commenced: 2:29 p.m.

Defendant appeared in person and with counsel pursuant to a plea to count three of the Indictment.
Defendant sworn.

There were no objections to the Presentence Report and the Presentence Report was adopted.

Plea Agreement accepted.

Total offense level              12
criminal history category        II

advisory guideline ranges
custody   12 - 18 months
sr        3 years
fine      $5,500 - $1,000,000
SA        $100

Comments of Government, Defendant's counsel, and Defendant.

Custody         18 months
The Court recommended:
that the defendant be housed as close to Columbus, OH, as possible;

Supervised Release        3 years
special conditions of supervised release:
- the defendant will participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer.
- the defendant must submit his person, property, house residence, vehicle, papers, or office to a search conducted by a United States Probation Officer when there is a reasonable suspicion that that the defendant has violated a condition of supervision. The search must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation of release. The defendant must inform other occupants that the premises may be subject to searches pursuant to this condition.

The defendant is not a legal resident of the Southern District of West Virginia, therefore, the period of supervised release is to be administered by the district where the defendant is a legal resident and/or the district where a suitable release plan has been developed.

Special Assessment  $100 due immediately
The special assessment will be paid through participation in the Inmate Financial Responsibility Program.

The defendant was informed of appeal rights.

Motion of United States to dismiss counts one and two; motion granted.

Defendant detained.

Hearing concluded: 2:43 p.m.